IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01444-WDM-CBS

HINDA BUCHBINDER,

    Plaintiff,

v.

MERRILL LYNCH & CO., INC.

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to File Amended Complaint and Demand for Trial by Jury (*doc. no. 4*) is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept for filing, the Amended Complaint and Demand for Trial by Jury (*doc no. 4-2*) tendered to the court on August 9, 2006.

**DATED:**    August 9, 2006